IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREENWICH INVESTORS XXIV, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 6466 |
| ) | |
| WALTER JOHNSON II, ANN L. DOMIKAITIS, ) | |
| A AND W, INC. and ) | |
| ENTERPRISE INDUSTRIES, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS AMENDED COMPLAINT**

Plaintiff, Greenwich Investors XXIV, LLC ("Greenwich"), by its attorneys, Jason D. Altman and David C. Kluever of Kluever & Platt, LLC, and for its motion for leave to file its amended complaint, states as follows:

1. On November 14, 2007, Greenwich filed the instant complaint. Five exhibits were referenced in Greenwich's complaint but were inadvertently not attached to the complaint when filed. Greenwich moves that this Court grant it leave to file its amended complaint, including and attaching such exhibits. A copy of Greenwich's proposed amended complaint is attached and incorporated herein as Exhibit A.

WHEREFORE, Plaintiff, Greenwich Investors XXIV, LLC moves that this Court grant it leave to file its amended complaint.

                                                    GREENWICH INVESTORS XXIV, LLC

                                                   By: s/Jason D. Altman_____
                                                        One of its attorneys

Jason D. Altman (ARDC# 6224378)
Kluever & Platt, LLC
65 East Wacker Place, Suite 2300

Chicago, Illinois 60601
(312) 236-0077

2