IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREENWICH INVESTORS XXIV, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  No. 07 C 6466 |
| WALTER JOHNSON II, ANN L. DOMAKAITIS, A AND W, INC. and ENTERPRISE INDUSTRIES, INC., | ) ) ) ) |
| Defendants. | |

### NOTICE OF MOTION

To:   Clerk of the Court

PLEASE TAKE NOTICE that on January 2, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge presiding in Courtroom 2243 at the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois and then and there present plaintiff's motion for leave to file its amended complaint.

GREENWICH INVESTORS XXIV, LLC

By: s:/Jason D. Altman
      One of its attorneys

Jason D. Altman
Kluever & Platt, LLC
65 E. Wacker Pl., Suite 2300
Chicago, IL 60601
(312) 236-0077
Attny. No.: 6224378