# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6466 | **DATE** | 1/2/2008 |
| **CASE TITLE** | Greenwich Investors XXIV, LLC vs. Johnson, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 3/19/2008 at 11:00 a.m. Plaintiff's motion for leave to file its amended complaint [10] is granted.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | CW |
|---|---|---|