IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREENWICH INVESTORS XXIV, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 07 C 6466 |
| WALTER JOHNSON II, ANN L. DOMAKAITIS, A AND W, INC. and ENTERPRISE INDUSTRIES, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF FILING**

To:   Clerk of the Court

PLEASE TAKE NOTICE that on January 3, 2008, Greenwich Investors XXIV, LLC filed with the Clerk of the Court, its Amended Complaint, a copy of which is attached hereto.

                        Greenwich Investors XXIV, LLC

                        By: s:/Jason D. Altman
                              One of its attorneys

Jason D. Altman
Kluever & Platt, LLC
65 E. Wacker Pl., Suite 2300
Chicago, IL 60601
(312) 236-0077
Attny. No.: 6224378