IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREENWICH INVESTORS XXIV, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 07 C 6466 |
| WALTER JOHNSON II, ANN L. DOMAKAITIS, A AND W, INC. and ENTERPRISE INDUSTRIES, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

To:    Clerk of the Court

    PLEASE TAKE NOTICE that on February 6, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge presiding in Courtroom 2243 at the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois and then and there present plaintiff's motion for default judgment against Walter Johnson, II, Ann L. Domikaitis, A and W, Inc. and Enterprise Industries, Inc.

                                      GREENWICH INVESTORS XXIV, LLC

                                      By: s:/Jason D. Altman
                                                One of its attorneys

Jason D. Altman
Kluever & Platt, LLC
65 E. Wacker Pl., Suite 2300
Chicago, IL 60601
(312) 236-0077
Attny. No.: 6224378