**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                         Case Number: 07-cv-06466

Greenwich Investors XXIV, LLC v. Johnson et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Walter Johnson, II
Ann L. Domikaitis
A&W, Inc.
Enterprise Industries, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Justin Foster | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Justin Foster | |
| FIRM <br> Foster, Kallen & Smith | |
| STREET ADDRESS <br> 3825 W. 192nd St. | |
| CITY/STATE/ZIP <br> Homewood, IL 60430 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6292835 | TELEPHONE NUMBER <br> 708-799-6300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |