**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GREENWICH INVESTORS XXIV, LLC** | ) | **Case No. 07 C 6466** |
|     **Plaintiff** | ) | **Hon. William T. Hart** |
| | ) | **Hearing Date:  2/13/08** |
|     **v.** | ) | **Hearing Time: 11:00 a.m.** |
| | ) | |
| | ) | |
| **Walter Johnson II, Ann L. Domikaitis,** | ) | |
| **A&W, Inc. and Enterprise Industries, Inc.** | ) | |
|     **Defendants** | ) | |

**DEFENDANTS' AGREED MOTION TO VACATE TECHNICAL DEFAULT**
**AND GRANT LEAVE TO RESPOND**

To: William T. Hart, District Judge

     Now comes Walter Johnson II, Ann L. Domikaitis, A&W, Inc. and Enterprise

Industries, Inc. (collectively, the "Defendants"), the Defendants in the captioned Case,

and represents as follows:

     1.     On November 14, 2007, Greenwich Investors XXIV, LLC (the "Plaintiff")

filed a complaint commencing the above captioned case.

     2.     On January 3, 2008, the Plaintiff filed an amended complaint.

     3.     On January 31, 2008, the Plaintiff filed a motion for default judgment.

     4.     On February 5, 2008, Judge Hart denied Plaintiff's motion for default

judgment without prejudice.

     5.     Defendants have not yet filed an answer in this case.

     6.     Plaintiff's attorney has agreed to allow the Defendants until February 22,

2008 to file an Answer to the Complaint or otherwise plead.

**WHEREFORE**, Defendants request the entry of an order:

1.    Vacating any technical default caused by the Defendants' failure to file an Answer; and

2.    Granting Defendants until February 22, 2008 to file an Answer or otherwise plead.

<div style="margin-left:50%">

Respectfully submitted,
Walter Johnson II;
Ann L. Domikaitis;
A&W, Inc.; and
Enterprise Industries


By: /s/ Chester H. Foster, Jr.
        One of its Attorneys

</div>

Chester H. Foster, Jr.
Foster, Kallen & Smith
3825 W. 192nd Street
Homewood, IL 60430
(708) 799-6300
ARDC# 03122632