UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREENWICH INVESTORS XXIV, LLC<br>    Plaintiff<br><br>v.<br><br>Walter Johnson II, Ann L. Domikaitis,<br>A&W, Inc. and Enterprise Industries, Inc.<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07 C 6466<br>Hon. William T. Hart<br>Hearing Date:  2/13/08<br>Hearing Time: 11:00 a.m. |

## NOTICE OF MOTION

TO:   See Attached Service List.

PLEASE BE ADVISED that on February 13, 2008 at 11:00 a.m. I shall appear before District Judge William T. Hart, Courtroom 2243, 219 South Dearborn Street, Chicago, Illinois, and then and there present the "**Defendants' Agreed Motion to Vacate Technical Default and Grant Leave to File Response**," a copy of which, along with a proposed Order, is attached hereto and hereby served upon you.  You may appear at that time if you see fit.

/s/ Chester H. Foster, Jr.

## CERTIFICATE OF SERVICE

I, Chester H. Foster, Jr., certify that I caused a copy of the attached "**Defendants' Agreed Motion to Vacate Technical Default and Grant Leave to File Response**" and notice thereof to be served upon the parties listed on the attached Service List via facsimile service on February 8, 2008.

/s/ Chester H. Foster, Jr.

Chester H. Foster, Jr.
Foster, Kallen & Smith
3825 W. 192nd Street
Homewood, Illinois 60430
(708) 799-6300
A.R.D.C. # 03122632

**Service List**
**THE PARTIES LISTED BELOW WERE SERVED
VIA FACSIMILE DELIVERY**

**Jason D. Altman**
Kluever & Platt, LLc
65 East Wacker Place, Suite 2300
Chicago, IL 60601
(312) 236-0077
(312) 861-0514 (fax)
taskounis@askborst.com