# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **GREENWICH INVESTORS XXIV, LLC**<br>    Plaintiff<br><br>v.<br><br>**Walter Johnson II, Ann L. Domikaitis,**<br>**A&W, Inc. and Enterprise Industries, Inc.**<br>    **Defendants** | Case No. 07 C 6466<br>Hon. William T. Hart<br>Hearing Date:  2/13/08<br>Hearing Time: 11:00 a.m. |

## CERTIFICATE OF SERVICE

I, Chester H. Foster, Jr., certify that I caused a copy of the attached "**Defendants' Agreed Motion to Vacate Technical Default and Grant Leave to File Response**" and notice thereof to be served upon the parties listed on the attached Service List via facsimile service on February 8, 2008.

/s/ Chester H. Foster, Jr.

Chester H. Foster, Jr.
Foster, Kallen & Smith
3825 W. 192nd Street
Homewood, Illinois 60430
(708) 799-6300
A.R.D.C. # 03122632

**Service List**
**THE PARTIES LISTED BELOW WERE SERVED**
**VIA FACSIMILE DELIVERY**

**Jason D. Altman**
Kluever & Platt, LLC
65 East Wacker Place, Suite 2300
Chicago, IL 60601
(312) 236-0077
(312) 236-0514 (fax)
taskounis@askborst.com