TRANSMISSION VERIFICATION REPORT

```
TIME    : 02/07/2008 11:44
NAME    :
FAX     : 3127384011
TEL     :
SER.#   : BROD2J301332
```

```
DATE,TIME        02/07 11:43
FAX NO./NAME     2360514
DURATION         00:00:58
PAGE(S)          05
RESULT           OK
MODE             STANDARD
                 ECM
```