## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Greenwich Investors XXIV, LLC

Plaintiff,

v.
Case No.: 1:07–cv–06466
Honorable William T. Hart

Walter Johnson II, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 12, 2008:

MINUTE entry before Judge William T. Hart :Motion hearing set for 2/13/2008 is stricken. Defendants' agreed motion to vacate technical default and for leave to answer or otherwise plead by 2/22/2008 is granted. Status hearing previously set for 3/19/2008 at 11:00 a.m. stands.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.