IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREENWICH INVESTORS XXIV, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07 C 6466 |
| | ) |
| WALTER JOHNSON II, ANN L. DOMIKAITIS, | ) |
| A AND W, INC. and | ) |
| ENTERPRISE INDUSTRIES, INC., | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST WALTER JOHNSON II, ANN L. DOMIKAITIS, A AND W, INC. AND ENTERPRISE INDUSTRIES, INC.

Plaintiff, Greenwich Investors XXIV, LLC ("Greenwich"), by its attorneys, Jason D. Altman and David C. Kluever of Kluever & Platt, LLC, and for its Fed. R. Civ. P. 55(b)(2) motion for default judgment on its amended complaint against the defendants, Walter Johnson II, Ann L. Domikaitis, A and W, Inc. and Enterprise Industries, Inc., states as follows:

1. On November 14, 2007, Greenwich filed its complaint against defendants Walter Johnson II ("Johnson"), Ann L. Domikaitis ("Domikaitis"), A and W, Inc. ("AW") and Enterprise Industries, Inc. ("EI").

2. Johnson was served with the complaint on December 22, 2007. *See* Affidavit of Service, attached and incorporated herein as Exhibit A.

3. Domikaitis was served with the complaint on November 21, 2007. *See* Affidavit of Service, attached and incorporated herein as Exhibit B.

4. AW and EI were served with the complaint on November 28, 2007. *See* Affidavits of Service, attached and incorporated herein as Exhibits C and D.

5.    On January 3, 2008, Greenwich filed its amended complaint, a copy of which is attached and incorporated herein as Exhibit E.

6.    On February 8, 2008, Chester Foster, Jr. filed his appearance in the cause on behalf of the defendants. A copy of the appearance is attached and incorporated herein as Exhibit F.

7.    On February 12, 2008, this Court granted defendants' agreed motion to vacate technical defaults and granted defendants leave to answer or otherwise plead to the amended complaint by February 22, 2008. This Court's February 12, 2008 Order is attached and incorporated herein as Exhibit G.

8.    None of the defendants have filed responsive pleadings to the amended complaint.

9.    The allegations of Greenwich's amended complaint are proven-up by the affidavit of Brooke E. Powell, attached and incorporated herein as Exhibit H.

10.    The underlying promissory note and guarantees (attached as Exhibits A, D and E, respectively to Exhibit E) provide for the award of Greenwich's attorney's fees and costs in this action. The affidavit of Jason D. Altman, attached and incorporated herein as Exhibit I, reflects Greenwich's attorney's fees and costs in this action.

WHEREFORE, Plaintiff, Greenwich Investors XXIV, LLC moves that this Court enter judgment in its favor and against:

1)    Walter Johnson II and Ann L. Domikaitis jointly and severally in the amount of $118,543.64, plus *per diem* interest of $17.04 from May 15, 2008 through the date of judgment, plus plaintiff's attorney's fees and costs through the date of judgment;

2)    A and W Inc., in the amount of $118,543.64, plus *per diem* interest of $17.04 from May 15, 2008 through the date of judgment, plus plaintiff's attorney's fees and costs through the date of judgment; and

      3)      Enterprise Industries, Inc. in the amount of $118,543.64, plus *per diem* interest of $17.04 from May 15, 2008 through the date of judgment, plus plaintiff's attorney's fees and costs through the date of judgment.

                                              GREENWICH INVESTORS XXIV, LLC

                                    By: s/Jason D. Altman
                                              One of its attorneys

Jason D. Altman (ARDC# 06224378)
Kluever & Platt, LLC
65 East Wacker Place, Suite 2300
Chicago, Illinois 60601
(312) 236-0077