Case 1:07-cv-06466   Document 28-3   Filed 05/15/2008   Page 1 of 2
Case 1:07-cv-06466   Document 15-3   Filed 01/31/2008   Page 1 of 2
Case 1:07-cv-06466   Document 8   Filed 12/06/2007   Page 1 of 2

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 11/21/07 |
| NAME OF SERVER (PRINT) JACK KING | TITLE LICENSED P.I. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: MANDY DOMAKAITIS, DAUGHTER

☐ Returned unexecuted: 12309 S. 82nd AVE.
PALOS PK., ILL.

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/21/07
            Date                    Signature of Server  Jack King

CADILLAC INVESTIGATIONS CORP.
77 W. WASHINGTON #705
CHICAGO, IL 60602

*Address of Server*

EXHIBIT B

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 1:07-cv-06466   Document 28-3   Filed 05/15/2008   Page 2 of 2
Case 1:07-cv-06466   Document 15-3   Filed 01/31/2008   Page 2 of 2
Case 1:07-cv-06466   Document 8   Filed 12/06/2007   Page 2 of 2

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Greenwich Investors XXIV, LLC

V.

Walter Johnson, II, Ann L. Domikaitis, A and W, Inc. and Enterprise Industries, Inc.

CASE NUMBER: **07 C 6466**

ASSIGNED JUDGE: **JUDGE HART**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Ann L. Domikaitis
12309 S. 82nd Ave.
Palos Park, IL 60464

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jason D. Altman
Kluever & Platt, LLC
65 E. Wacker Pl., Suite 2300
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK



November 14, 2007
Date