IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREENWICH INVESTORS XXIV, LLC, | ) |
| Plaintiff, | ) |
| v. | ) No. 07 C 6466 |
| WALTER JOHNSON II, ANN L. DOMIKAITIS, A ANDW, INC. and ENTERPRISE INDUSTRIES, INC., | ) |
| Defendant. | ) |

### NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on May 20, 2008 at 2:30 p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge presiding in Courtroom 2243 at the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois and then and there present plaintiff's motion for default judgment against Walter Johnson, II, Ann L. Domikaitis, A and W, Inc. and Enterprise Industries, Inc.

GREENWICH INVESTORS XXIV, LLC

By: s: Jason D. Altman
One of its attorneys

Jason D. Altman (ARDC #06224378
Kluever & Platt, LLC
65 E. Wacker Pl., Suite 2300
Chicago, IL 60601
(312) 236-0077

### CERTIFICATE OF SERVICE

The undersigned, Jason D. Altman, an attorney, being first duly sworn on oath, states pursuant to Local Rule 7.1(b) that copies of plaintiff's motion for default judgment against Walter Johnson, II, Ann L. Domikaitis, A and W, Inc. and Enterprise Industries, Inc. pursuant to FRCP 56(a) required to be served by F.R.C.P. 5(a) have been served; that the undersigned served the above and foregoing document upon Chester H. Foster, Jr. of Foster and Kallen via the ECF federal electronic filing system on May 15, 2008. Pursuant to 28 U.S.C.§ 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

s:/Jason D. Altman
Jason D. Altman