# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6466 | **DATE** | 5/20/2008 |
| **CASE TITLE** | Greenwich Investors XXIV, LLC vs. Walter Johnson II, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff's motion for default judgment [28] is granted. Court enters judgment in favor of plaintiff and against defendants in the amount of $129,477.10.

Docketing to mail notices.
*Mail AO 450 form.

00:05

| | Courtroom Deputy Initials: | CW |
|---|---|---|