# United States District Court
## Northern District of Illinois
### Eastern Division

Greenwich Investors XXIV, LLC          **JUDGMENT IN A CIVIL CASE**

       v.                                                Case Number: 07 C 6466

Walter Johnson II, et al.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's motion for default judgment is granted. Court enters judgment in favor of plaintiff Greenwich Investors XXIV, LLC and against defendants Walter Johnson II, Ann L. Domikaitis, A and W, Inc. and Enterprise Industries, Inc. in the amount of $129,477.10.

                                                         Michael W. Dobbins, Clerk of Court

Date: 5/20/2008                                 _____
                                                           /s/ Carol Wing, Deputy Clerk