ClientCaseID: GREN.0010.12
CaseID: 196868
Law Firm ID: KLUEVER


*196868A*

CaseReturnDate: 9/25/08

Affidavit of SPECIAL PROCESS SERVER

## UNITED STATES DISTRICT COURT
Case Number 07C6466

I, Heather R. Cross, FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE #117-001220. 302 N. MAIN, ROYALTON, IL 62983 (618) 922-5327. EIN # 86-1070049.

THAT HE SERVED THE WITHIN  3RD PARTY CITATION TO DISCOVER ASSETS
ON THE WITHIN NAMED DEFENDANT    FIRST BANK - WEST FRANKFORT BRANCH

( ) PERSONAL SERVICE: IN THAT I PERSONALLY DELIVERED THE PROCESS TO THE DEFENDANT.

( ) ABODE/SUBSTITUTE SERVICE:
I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

(X) CORPORATE SERVICE: IN THAT I SERVED THE DEFENDANT CORPORATION BY LEAVING COPY OF THE PROCESS WITHIN THE PERSON LISTED BELOW

( ) UNABLE TO SERVE/NON SERVICE AFFIDAVIT: I WAS UNABLE TO SERVE THE DEFENDANT

Date Of Service: 08/28/08    Time of Service: 1:30PM    Date Of Mailing
PERSON SERVED  Nancy Gardner, FSR
Age 50    Sex F    Race white    Height 5'6"    Build Med.bld.    Hair brown
LOCATION OF SERVICE    605 W. MAIN ST.
WEST FRANKFORT, IL, 62896

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

AGENCY NAME:  THE P.I. GROUP OF SOUTHERN    NAME OF SERVER:    DATE: 8.29.08

ADDRESS: 302 N. MAIN
CITY: ROYALTON
ST: IL    ZIP 62983
PHONE: (618)-922-5327